Basil ROBILLARD, Executor of the Estate of Martha H. Beeman, Petitioner, v. David BURNET, Commissioner of Internal Revenue, Respondent.

No. 423.

Circuit Court of Appeals, Second Circuit.

June 8, 1931.

Basil Robillard, of Niagara Falls, N. Y., for appellant.

G. A. Youngquist, Asst. Atty Gen., and A. H. Conner and Sewall Key, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Dean P. Kimball, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

■

ROYALTY HOLDING COMPANY et al. v. Henry D. McKINLEY et al.

No. 502.

Circuit Court of Appeals, Tenth Circuit.

June 24, 1931.

J. M. Hervey, of Roswell, N. M., for appellants.

Roberts, Brice & Sanchez, of Santa Fé, N. M., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed June 24, 1931, per stipulation.

■

Ex Parte ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Petitioner.

Ex Parte LONDON AND LANCASHIRE INSURANCE COMPANY, Petitioner.

Ex Parte NATIONAL RESERVE INSURANCE COMPANY, Petitioner.

Nos. 363–365.

Circuit Court of Appeals, Eighth Circuit.

April 21, 1931.

William R. Gilbert and Harry C. Willson, both of St. Louis, Mo., for petitioners.

P. H. Cullen, of St. Louis, Mo., opposed.

PER CURIAM.

Petitions for leave to file petitions for mandamus are presented in the above cases for the purpose of compelling allowance of appeals by Judge Davis from the orders mentioned in said petitions for leave. This court being of opinion that the orders in question are not final, in an appealable sense, and that appeals therefrom would be premature, the petitions for leave and each of them will be denied.